IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McArthur, Annette | Case Number: 07 B 13659 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 7/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,560.00 | 0.00 |
| 2. | Bell West Community CU | Secured | 0.00 | 0.00 |
| 3. | Aaron Sales & Lease Ow | Secured | 203.86 | 0.00 |
| 4. | Bell West Community CU | Unsecured | 1,488.82 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 26.00 | 0.00 |
| 6. | West Side Emergency Physicians | Unsecured | 36.40 | 0.00 |
| 7. | Paragon Way Inc | Unsecured | 44.50 | 0.00 |
| 8. | Aspire Visa | Unsecured | 72.83 | 0.00 |
| 9. | Aspire Visa | Unsecured | 72.83 | 0.00 |
| 10. | Bell West Community CU | Unsecured | | No Claim Filed |
| 11. | DuPage Circuit Court | Unsecured | | No Claim Filed |
| 12. | Cash Call | Unsecured | | No Claim Filed |
| 13. | Certified Recovery | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 17. | NHS Housing | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,505.24 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McArthur, Annette | Case Number: 07 B 13659 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 7/31/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

